NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NOKIA SOLUTIONS AND NETWORKS OY,**
*Appellant*

**v.**

**GUANGDONG OPPO MOBILE TELECOMMUNICATIONS CORP., LTD.,**
*Appellee*

---

2024-1204

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00632.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    NOKIA SOLUTIONS AND NETWORKS OY v. GUANGDONG OPPO
MOBILE TELECOMMUNICATIONS

(2)  Each side shall bear their own costs.

FOR THE COURT

<u>February 21, 2024</u>
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** February 21, 2024